No. 154. INTERNATIONAL-GREAT NORTHERN RAILROAD CO. ET AL. *v.* LUCAS ET AL. October 9, 1939. Petition for

writ of certiorari to the Court of Civil Appeals, 11th Supreme Judicial District, of Texas, denied. *Messrs. Robert H. Kelley* and *Roy C. Sewell* for petitioners. No appearance for respondents.